

Entered on Docket
January 07, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

In re: ) Case No.: 09-23161-MKN
)
Lyanna Lac and Duong Lac, ) Chapter 11
)
             Debtor. ) Hearing Date: December 3, 2009
) Hearing Time: 2:30 PM

**ORDER APPLICATION FOR CONVERSION TO CHAPTER 11**

Upon the motion (the "Motion") of Lyanna and Duong Lac (the "Debtors") in the above captioned case, for entry of an order transferring this Chapter 13 Case to a Chapter 11 Case,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that pursuant to Section 1307 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq., the Debtors' Chapter 13 bankruptcy proceeding is converted to Chapter 11 of the Bankruptcy Code; and

---

[1] Any capitalized term not expressly defined herein shall have the meaning ascribed to that term in the Motion.

1

**IT IS FURTHER ORDERED** that this court shall retain jurisdiction to hear and determine all matters related to this Order.

The Schwartz Law Firm, Inc.

By /s/ Samuel Schwartz
   SAMUEL A. SCHWARTZ # 10985
   Attorney for Debtor

*[signature]* 12-8-09
United States Chapter 13 Trustee
**RICK A. YARNALL**

2

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**
In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND: