WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

Electronically Filed on 1/8/2010

Attorneys for BAC Home Loans Servicing, L.P.
fka Countrywide Home Loans Servicing L.P.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

DUONG LAC
LYANNA LAC

    Debtors.

Case No: 09-23161-MKN

Date: January 13, 2010
Time: 9:30 a.m.

Chapter 13

### OPPOSITION TO MOTION TO VALUE COLLATERAL, "STRIP OFF" THE RIGHS OF UNSECURED CREDITORS FOR THE PROPERTY ADDRESS LOCATED AT 9718 ELK GROVE VALLEY STREET LAS VEGAS, NV 89178 PURSUANT TO 11 U.S.C. § 506(a) AND §1123

COMES NOW, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing L.P. (hereinafter "Secured Creditor") and files this Opposition stating as follows:

Some confusion surrounds the Debtors' Motion to Value filed on December 11, 2009. Document 50 of Debtors' motion contains the body of the motion which makes reference to attached Exhibits A and B. These exhibits, however, are not attached to this Document 50. Document 50-1 of Debtors' motion appears to be identical to Document 50, and again makes reference to the attached Exhibits A and B. However, like Document 50, these exhibits are not attached to Document 50-1. Document 50-2 appears to be identical to Documents 50 and 50-1, but Document 50-2 does appear to

1 attach the referenced Exhibits A and B. Secured Party opposes the motions contained in Documents
2 50, 50-1, and 50-2 and the accompanying Exhibits A and B.
3     Secured Creditor is the first deed of trust holder on 9718 Elk Grove Valley Street, Las Vegas,
4 NV 89178 (hereinafter "subject property"), and is owed over $533,000.00. Prior to the Court reducing
5 the lien to $268,270.00 (resulting in a $264,000.00 loss), the Court should allow Secured Creditor to (1)
6 obtain its own valuation of the subject property, and (2) conduct limited discovery to verify that the
7 Debtors are being truthful with the Court as detailed below.
8     Secured Creditor asserts that the subject property, 9718 Elk Grove Valley Street, Las Vegas, NV
9 89178, should be treated as the Debtors' personal residence and not subject to a lien-strip of any kind
10 pursuant to 11 USC 1322.
11     The Debtors claim that the subject property is a rental property, yet (1) their schedule "A" lists
12 the subject property as a single family residence and specifically designates their other property (located
13 in Phoenix, AZ) as an investment property; (2) their schedule "B" (response #4) discloses that Debtors'
14 household goods are located at the Subject Property; (3) their schedule "G" shows no leases for the
15 subject property; (4) their schedule "I" does not appear to show rental income from the subject property;
16 and (5) their schedule "J" does not appear to reflect any rental payments made by Debtors to a landlord.
17 (See exhibits "A", "B", "C", "D" and "E" respectively). If the Debtors are not occupying the Suject
18 Property, then it can be assumed that they are treating it as a rental property which should be generating
19 rental income.
20     Moreover, the Debtors lists the subject property as their street and mailing address in their
21 petition filed July 23, 2009. (See exhibit "F"). However, on October 21, 2009, the Debtors filed a
22 Notice of Change of Address which changed their address from the subject property to 8841 Don
23 Horton Ave., Las Vegas, NV 89178 (See exhibit "G"). Secured Creditor asserts that it was not the
24 intent of Congress to allow a debtor to move out of its residence during the life of a plan to circumvent
25 the prohibitions of modifying a debt secured by a residence. See 11 USC 1322(c)(2).
26

1   There are too many unanswered questions in the Debtors' attempt to treat the subject property as a rental and strip a large portion of Secured Creditor's interest in the same. The Debtors must disclose the information necessary to answer these questions. To this end, Secured Creditor would like to subpoena utility documents to determine if, and when, the Debtors may have lived in the subject property. Secured Creditor would also like to see a copy of any leases the Debtors have concerning the Don Horton property and the subject property and speak with any alleged tenant(s) of the subject property.

Finally, Secured Creditor disputes the $268,270.00 valuation of the property. If the Court is inclined to allow the Debtors to go forward, Secured Creditor asks for some time to obtain its own appraisal and find out the information listed above.

WHEREFORE, Secured Creditor asks that this Court deny the requested relief.

DATED this __ day of January, 2009.

WILDE & ASSOCIATES

By /S/GREGORY L. WILDE
_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

Certificate of Facsimile

I certify that on January 8, 2010 I served a copy of the foregoing opposition on Debtors' Counsel by facsimile as follows:

Samuel A. Schwartz, Esq.
Bryan Lindsey, Esq.
The Schwartz Law Firm, Inc.
Fax No. 702-385-2741

B6A (Official Form 6A) (12/07)

In re  Lyanna Lac,
       Duong Lac
                                            Debtors,                         Case No. __09-23161__

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single Family Residence: 5 Bedroom/3 Bathroom; Approximately 3,495 sq.ft. 9718 Elk Grove Valley St. Las Vegas, NV 89178 | | W | 352,000.00 | 503,100.00 |
| Approximately 2,555 sq. ft. 1816 N. 94th Glen, Phoenix, AZ 85037 Investment Property | | C | 146,375.00 | 228,541.00 |

|   |   |   |
|---|---|---|
|   | Sub-Total >   498,375.00 | (Total of this page) |
|   | Total >       498,375.00 |   |

__0__ continuation sheets attached to the Schedule of Real Property


EXHIBIT __A__

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  Lyanna Lac,  
       Duong Lac  
       _____,  
              Debtors

Case No. __09-23161__

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Savings Account Account Ending in 2786 | C | 71.17 |
| | | | Wells Fargo Checking Account Account Ending in 6343 | C | 514.81 |
| | | | Bank of America Checking Account | C | 1,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings Location: 9718 Elk Grove Valley St, Las Vegas NV | C | 7,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Clothing | C | 2,000.00 |
| 7. | Furs and jewelry. | | Jewelry | C | 2,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    12,585.98  
(Total of this page)




__2__ continuation sheets attached to the Schedule of Personal Property    EXHIBIT B

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   Lyanna Lac,
        Duong Lac
                                                                     Case No.  **09-23161**
                                Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bakary Kane and Diane Hamilton**<br>1816 N 94th Glen<br>Phoenix, AZ 85037 | **Residential Rental Agreement**<br>Debtor's Interest:  Owner of Property |
| **Sonya Ross**<br>8841 Don Horton Street<br>Las Vegas, NV 89178 | **Residential Lease** |


EXHIBIT "C"

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re: **Lyanna Lac / Duong Lac**, Debtor(s)   Case No. **09-23161**

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | Paradise Nails & Tan, Inc. | The Venetion |
| How long employed | | |
| Address of Employer | 1634 W. Warm Springs Road, Henderson, NV 89014 | 3355 Las Vegas Blvd. South, Las Vegas, NV 89109 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2,600.00 | $ 3,338.40 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,600.00 | $ 3,338.40 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 477.40 |
| b. Insurance | $ 0.00 | $ 82.77 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): Long Term Disability | $ 0.00 | $ 97.22 |
| 401K | $ 0.00 | $ 335.92 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 993.31 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,600.00 | $ 2,345.09 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 1,100.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,100.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,700.00 | $ 2,345.09 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 6,045.09 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:



EXHIBIT "D"

B6J (Official Form 6J) (12/07)

In re  Lyanna Lac
       Duong Lac
                                    Debtor(s)                                Case No.  09-23161

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,500.00 |
| a. Are real estate taxes included?  Yes ___  No _X_ | | |
| b. Is property insurance included?  Yes ___  No _X_ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 130.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 80.00 |
| d. Other  Cable/Internet/Phone | $ | 160.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 300.00 |
| 4. Food | $ | 900.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 150.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 650.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 300.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 650.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,170.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 6,045.09 |
| b. Average monthly expenses from Line 18 above | $ | 5,170.00 |
| c. Monthly net income (a. minus b.) | $ | 875.09 |


EXHIBIT "E"

Case 09-23161-mkn   Doc 1   Entered 07/23/09 12:51:04   Page 1 of 13

B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Lac, Lyanna | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Lac, Duong |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-1532 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-1599 |
| Street Address of Debtor (No. and Street, City, and State):<br>9718 Elk Grove Valley St<br>Las Vegas, NV                    ZIP Code 89178 | Street Address of Joint Debtor (No. and Street, City, and State):<br>9718 Elk Grove Valley St<br>Las Vegas, NV                   ZIP Code 89178 |
| County of Residence or of the Principal Place of Business:<br>Clark | County of Residence or of the Principal Place of Business:<br>Clark |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

EXHIBIT "F"

## United States Bankruptcy Court
### District of Nevada

In re: __Lyanna and Duong Lac__                    Case No. __09-23161-MKN__
                                Debtor(s)          Chapter __13__

### Notice of Change of Address

Debtor's Social Security Number:        xxx-xx-0000

My (Our) Former Mailing Address and Telephone Number was:

Name:           Lyanna and Duong Lac

Street:         9718 Elk Grove Valley Street,

City, State and Zip:    Las Vegas, NV 89178

Telephone #:    Same

Please be advised that effective __July 10, 2009__,
my (our) new mailing address and telephone number is:

Name:           Lyanna and Duong Lac

Street:         8841 Don Horton Ave

City, State and Zip:    Las Vegas, NV 89178

Telephone #:    Same

                                        /s/ Lyanna and Duong Lac
                                        Lyanna and Duong Lac
                                        Debtors

EXHIBIT "G"